# EXHIBIT D

### Finnerty Osterreicher & Abdulla

Attorneys at Law

70 Niagara Street, Suite 411, Buffalo, New York 14202-3407

716-340-2200   •   Fax 716-340-2300

Karim A. Abdulla
Telephone extension 225
E-mail: kaa@foalegal.com

John H. Stenger
1930-2002

April 15, 2021

Redbubble
111 Sutter St., 17th Floor
San Francisco, CA  94104
Attn : Legal Department

       RE:    Notice of Copyright Infringement, Reg. Copyright No. VA 2-189-607 (Subject: Photograph "*Mister Rogers and Francois Clemmons*," John H. Beale (1993)) and Reg. Copyright No. VAu 1-401-456 (Subject: Photograph "*Mister Rogers and Francois Clemmons With Child's Swimming Pool*," John H. Beale (1993)).

Dear Sir/Madam,

    We are the attorneys for John H. Beale, creator and registered copyright holder of the iconic photographs titled "*Mister Rogers and Francois Clemmons*" and "*Mister Rogers and Francois Clemmons With Child's Swimming Pool*" ("Photographs" or "Copyrighted Works").  A reference copy of the image can be found at https://www.biography.com/news/mister-rogers-officer-clemmons-pool. Mr. Beale has reserved all rights with respect to the Copyrighted Works, has conscientiously enforced his intellectual property rights in the Copyrighted Works, and holds registered copyrights with respect to the Photographs.

    It has come to our attention that you, doing business as "redbubble.com" ("You," "Your," or "the Company," as appropriate), as fulfillment center or otherwise, are directly and vicariously participating in, contributing to, and profiting from the unlawful, unlicensed, and unauthorized use of the Copyrighted Works by creating, marketing, offering for sale, and facilitating the sale products which clearly use and/or incorporate the Copyrighted Works or a derivative thereof ("Infringing Products").

    Indeed, your Company, through "redbubble.com," is presently marketing and otherwise making available dozens of infringing products including but not limited to t-shirts, long-sleeve shirts, hoodies, sweatshirts, tank-tops, stickers, laptop sleeves, laptop skins, phone cases, prints, post cards, bath mats, clocks, coasters, comforters, duvet covers, pillows, shower curtains, baby clothes, tote bags, coffee mugs, travel mugs, throw pillows, wallets, socks, and aprons, all of which violate my client's registered intellectual property rights.  Product listings include:

- https://www.redbubble.com/i/t-shirt/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.UGYPM
- https://www.redbubble.com/i/sticker/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.EJUG5
- https://www.redbubble.com/i/laptop-skin/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.6EA4Y
- https://www.redbubble.com/i/laptop-case/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.2U5KG
- https://www.redbubble.com/i/sticker/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.O9UDB
- https://www.redbubble.com/i/ipad-skin/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.MHP6F
- https://www.redbubble.com/i/ipad-case/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.MNKGF
- https://www.redbubble.com/i/iphone-skin/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.62NBT
- https://www.redbubble.com/i/iphone-case/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.C0UE4
- https://www.redbubble.com/i/iphone-case/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.23I0V
- https://www.redbubble.com/i/iphone-case/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.TALA6
- https://www.redbubble.com/i/samsung-skin/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.NOJ2U
- https://www.redbubble.com/i/samsung-case/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.FUPE7
- https://www.redbubble.com/i/samsung-case/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.X4ZCI
- https://www.redbubble.com/i/art-board-print/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.7Q6GI
- https://www.redbubble.com/i/art-print/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.1G4ZT
- https://www.redbubble.com/i/canvas-print/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.56DNM
- https://www.redbubble.com/i/canvas-print/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.5Y5V7
- https://www.redbubble.com/i/framed-print/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.AJ1A3
- https://www.redbubble.com/i/metal-print/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.0JXQP
- https://www.redbubble.com/i/photographic-print/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.6Q0TX

- https://www.redbubble.com/i/postcard/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.V7PMD
- https://www.redbubble.com/i/poster/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.LVTDI
- https://www.redbubble.com/i/tapestry/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.PCFHB
- https://www.redbubble.com/i/wood-print/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.EZ4MB
- https://www.redbubble.com/i/acrylic-block/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.P5BX3
- https://www.redbubble.com/i/bath-mat/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.EVFTZ
- https://www.redbubble.com/i/clock/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.1X49C
- https://www.redbubble.com/i/coasters/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.E5I3N
- https://www.redbubble.com/i/comforter/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.8IC4O
- https://www.redbubble.com/i/floor-pillow/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.TMTL5
- https://www.redbubble.com/i/duvet-cover/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.XWIXB
- https://www.redbubble.com/i/shower-curtain/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.YH6LW
- https://www.redbubble.com/i/throw-blanket/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.16D0B
- https://www.redbubble.com/i/throw-pillow/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.5X2YF
- https://www.redbubble.com/i/kids-hoodie/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.7ZOT9
- https://www.redbubble.com/i/baby-t-shirt/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.CYEQ7
- https://www.redbubble.com/i/kids-t-shirt/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.MZ153
- https://www.redbubble.com/i/baby-onesie/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.8RDFY
- https://www.redbubble.com/i/baby-onesie/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.P5P5Q
- https://www.redbubble.com/i/kids-hoodie/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.BDV8V
- https://www.redbubble.com/i/drawstring-bag/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.YT4RK
- https://www.redbubble.com/i/tote-bag/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.PJQVX

- https://www.redbubble.com/i/backpack/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.K1KHE
- https://www.redbubble.com/i/mug/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.9Q0AD
- https://www.redbubble.com/i/tote-bag/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.P1QBH
- https://www.redbubble.com/i/duffle-bag/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.E4W58
- https://www.redbubble.com/i/mask/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.6BSL1
- https://www.redbubble.com/i/mask/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.9G0D8
- https://www.redbubble.com/i/mask/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.F8Y4C
- https://www.redbubble.com/i/pin/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.NP9QY
- https://www.redbubble.com/i/scarf/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.B15PI
- https://www.redbubble.com/i/socks/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.9HZ1B
- https://www.redbubble.com/i/mug/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.W3OIY
- https://www.redbubble.com/i/mug/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.V33QC
- https://www.redbubble.com/i/water-bottle/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.Y6CDO
- https://www.redbubble.com/i/pouch/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.440R3
- https://www.redbubble.com/i/greeting-card/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.5MT14
- https://www.redbubble.com/i/notebook/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.RXH2R
- https://www.redbubble.com/i/notebook/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.WX3NH
- https://www.redbubble.com/i/jigsaw-puzzle/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.L4Q0T
- https://www.redbubble.com/i/apron/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.6ZXWR
- https://www.redbubble.com/i/magnet/BEST-TO-BUY-Officer-Clemmons-More-Than-a-Song-by-lowellgaz/63222164.TBCTK
- https://www.redbubble.com/i/t-shirt/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.528ON
- https://www.redbubble.com/i/t-shirt/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.G2CME

- https://www.redbubble.com/i/sweatshirt/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.LEP2X
- https://www.redbubble.com/i/sweatshirt/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.0LCRC
- https://www.redbubble.com/i/t-shirt/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.RY32L
- https://www.redbubble.com/i/t-shirt/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.6VDG0
- https://www.redbubble.com/i/top/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.6AQD3
- https://www.redbubble.com/i/t-shirt/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.528ON
- https://www.redbubble.com/i/t-shirt/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.07KN2
- https://www.redbubble.com/i/sticker/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.EJUG5
- https://www.redbubble.com/i/sticker/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.JCQM3
- https://www.redbubble.com/i/sticker/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.O9UDB
- https://www.redbubble.com/i/iphone-skin/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.62NBT
- https://www.redbubble.com/i/iphone-case/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.C0UE4
- https://www.redbubble.com/i/iphone-case/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.PGM2E
- https://www.redbubble.com/i/iphone-case/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.23I0V
- https://www.redbubble.com/i/samsung-skin/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.NOJ2U
- https://www.redbubble.com/i/samsung-case/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.FUPE7
- https://www.redbubble.com/i/samsung-case/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.X4ZCI
- https://www.redbubble.com/i/samsung-case/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.WWHTZ
- https://www.redbubble.com/i/mug/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.9Q0AD
- https://www.redbubble.com/i/tote-bag/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.P1QBH
- https://www.redbubble.com/i/mask/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.9G0D8
- https://www.redbubble.com/i/mask/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.F8Y4C

5

- https://www.redbubble.com/i/pin/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.NP9QY
- https://www.redbubble.com/i/mug/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.W3OIY
- https://www.redbubble.com/i/notebook/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.WX3NH
- https://www.redbubble.com/i/apron/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.6ZXWR
- https://www.redbubble.com/i/magnet/Vintage-In-A-World-Where-You-Can-Be-Anything-by-Paynaktoo/58176671.TBCTK
- https://www.redbubble.com/i/sweatshirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.0LCRC.XYZ
- https://www.redbubble.com/i/t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.UGYPM
- https://www.redbubble.com/i/t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.121KU
- https://www.redbubble.com/i/t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.IJ6L0
- https://www.redbubble.com/i/t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.1YYVU
- https://www.redbubble.com/i/hoodie/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.O6XP1
- https://www.redbubble.com/i/sweatshirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.0LCRC
- https://www.redbubble.com/i/long-sleeve-t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.SOI2Z
- https://www.redbubble.com/i/t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.RY32L
- https://www.redbubble.com/i/t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.6VDG0
- https://www.redbubble.com/i/hoodie/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.YFBT8
- https://www.redbubble.com/i/sweatshirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.LEP2X
- https://www.redbubble.com/i/tank-top/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.IXNXQ
- https://www.redbubble.com/i/top/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.6AQD3
- https://www.redbubble.com/i/t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.FB110
- https://www.redbubble.com/i/tank-top/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.B4HC7
- https://www.redbubble.com/i/t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.JZXP1

- https://www.redbubble.com/i/t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.A5PYK
- https://www.redbubble.com/i/hoodie/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.BN4XF
- https://www.redbubble.com/i/dress/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.V4WQ8
- https://www.redbubble.com/i/top/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.B7P0O
- https://www.redbubble.com/i/t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.G2CME
- https://www.redbubble.com/i/t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.EEZDA
- https://www.redbubble.com/i/t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.CBHAX
- https://www.redbubble.com/i/dress/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.TGIUM
- https://www.redbubble.com/i/t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.07KN2
- https://www.redbubble.com/i/t-shirt/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.528ON
- https://www.redbubble.com/i/sticker/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.EJUG5
- https://www.redbubble.com/i/sticker/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.JCQM3
- https://www.redbubble.com/i/sticker/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.O9UDB
- https://www.redbubble.com/i/ipad-skin/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.MHP6F
- https://www.redbubble.com/i/ipad-case/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.MNKGF
- https://www.redbubble.com/i/iphone-skin/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.62NBT
- https://www.redbubble.com/i/iphone-case/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.C0UE4
- https://www.redbubble.com/i/iphone-case/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.PGM2E
- https://www.redbubble.com/i/iphone-case/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.23I0V
- https://www.redbubble.com/i/samsung-skin/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.NOJ2U
- https://www.redbubble.com/i/samsung-case/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.FUPE7
- https://www.redbubble.com/i/samsung-case/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.X4ZCI

- https://www.redbubble.com/i/samsung-case/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.WWHTZ
- https://www.redbubble.com/i/art-print/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.1G4ZT
- https://www.redbubble.com/i/canvas-print/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.5Y5V7
- https://www.redbubble.com/i/framed-print/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.AJ1A3
- https://www.redbubble.com/i/metal-print/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.0JXQP
- https://www.redbubble.com/i/photographic-print/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.6Q0TX
- https://www.redbubble.com/i/postcard/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.V7PMD
- https://www.redbubble.com/i/poster/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.LVTDI
- https://www.redbubble.com/i/tapestry/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.PCFHB
- https://www.redbubble.com/i/comforter/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.8IC4O
- https://www.redbubble.com/i/duvet-cover/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.XWIXB
- https://www.redbubble.com/i/floor-pillow/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.TMTL5
- https://www.redbubble.com/i/shower-curtain/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.YH6LW
- https://www.redbubble.com/i/throw-blanket/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.16D0B
- https://www.redbubble.com/i/throw-pillow/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.5X2YF
- https://www.redbubble.com/i/drawstring-bag/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.YT4RK
- https://www.redbubble.com/i/tote-bag/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.PJQVX
- https://www.redbubble.com/i/tote-bag/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.P1QBH
- https://www.redbubble.com/i/scarf/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.B15PI
- https://www.redbubble.com/i/mug/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.V33QC
- https://www.redbubble.com/i/water-bottle/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.Y6CDO
- https://www.redbubble.com/i/greeting-card/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.5MT14

- https://www.redbubble.com/i/notebook/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.WX3NH
- https://www.redbubble.com/i/apron/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.6ZXWR
- https://www.redbubble.com/i/magnet/Mister-Rogers-Gay-Police-In-A-World-Where-You-Can-Be-Anything-Be-Kind-Vintage-by-YellowArts/68364509.TBCTK

In engaging in this egregious conduct in blatant violation of registered copyrights, neither You nor the Company requested permission to use or incorporate the Copyrighted Works or any derivatives thereof in the Infringing Products, nor have You or the Company been granted a license to make or distribute reproductions of the Photographs or to create or distribute any derivative works.

By this letter You, the Company, together with Your and the Company's owners, partners, officers, managers, directors, employees, agents, affiliates, successors, assigns, licensees, etc. ("Affiliates"), are hereby on notice that You and the Company's use of the Copyrighted Works and any derivative thereof constitutes copyright infringement and a violation of Mr. Beale's intellectual property rights.

Pursuant to the federal Copyright Act, 17 U.S.C. § 101 *et seq.*, Mr. Beale, as the copyright holder, has the *exclusive* right to use, create, reproduce, display and distribute the Copyrighted Works *together with any derivative works based upon same*. *See* 17 U.S.C. § 106. An infringer of copyright is liable for damages in the form of actual damages to the copyright holder together with any additional profits of the infringer (*see* 17 U.S.C. §§ 504(a)(1) and 504(b)), or statutory damages (*see* 17 U.S.C. §§ 504(a)(2) and 504(c)). In the event You and/or the Company are determined to be willful infringers, You and/or the Company could be liable for statutory damages as high as $150,000.00 per infringement. *See* 17 U.S.C. § 504(c)(2). You and the Company also may be responsible for attorney's fees and costs. *See* 17 U.S.C. § 505.

Given the seriousness of this matter, we, on behalf of Mr. Beale, hereby demand the following:

1. **Payment to Mr. Beale (c/o my firm) in the amount of $50,000.00.**

2. **You, the Company and Your Affiliates immediately cease and desist all use of the Copyrighted Works and/or any derivatives thereof.**

3. **You, the Company and Your Affiliates immediately cease and desist all efforts to create, market, distribute, advertise and/or sell, through either a brick-and-mortar store, any website (whether currently existing or created in the future), or any other means, any product which uses or incorporates the Copyrighted Works and/or any derivatives thereof.**

4. You, the Company and Your Affiliates immediately delete from any existing website all products and all images of products which use or incorporate the Copyrighted Works and/or any derivatives thereof.

5. You, the Company and Your Affiliates immediately preserve and retain all books, records, and documents, whether created or maintained in paper or electronic form, concerning, referring, or otherwise pertaining to the creation, marketing, distribution, advertisement and/or sale of any product which uses or incorporates the Copyrighted Works and/or any derivatives thereof. This demand expressly includes, but is not limited to, all documents and records concerning: the number of Infringing Products produced, or contracted to be produced, or purchased by You, the Company and Your Affiliates; the number of Infringing Products sold, or contracted to be sold, by You, the Company and Your Affiliates; the date and gross revenue from each sale; and an accounting of the gross revenue from all such sales.

Please note that the above proposal is being made in good faith and to resolve the matter without litigation. Mr. Beale is prepared to take all necessary steps to protect his intellectual property and reputation and reserves the right to pursue all legal remedies or claims that he may have against You and the Company, including punitive damages.

Without prejudice to the above, we are willing to engage you or your legal representative in good faith discussions to reach a mutually satisfactory resolution of this matter. I invite you or your legal representative to contact me toward that end.

I appreciate your prompt attention and cooperation in this very serious matter.

Very Truly Yours,

Karim A. Abdulla