# EXHIBIT E

**Karim Abdulla**

| | |
|---|---|
| **From:** | Redbubble <support@redbubble.zendesk.com> |
| **Sent:** | Friday, May 7, 2021 12:34 PM |
| **To:** | Karim Abdulla |
| **Subject:** | [Redbubble] Re: Letter re: John H. Beale, 15 April 2021 |

 



##- Please type your reply above this line -##

Your request (12646837) has been updated. To add additional comments, reply to this email.

---

**MP at Redbubble** (Redbubble)

May 7, 2021, 9:33 PDT

Hi there,

We are contacting you in relation to issues you recently raised with us regarding content on the Redbubble website. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

– removed the content you've referred to; and
– written to the relevant end user about your complaint and the content we removed.

**In most cases, these actions bring the matter to a close.**

As you will be aware from reading our IP/Publicity Rights Policy, the end user now has the opportunity to send us a "counter notice." A valid counter notice requires, among other things, that the end user declare that they have a "good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled." If we receive a valid counter notice from the relevant end user, we will notify you at the email address you provided to us and include the end user's personal contact information so you can address the matter directly with that individual.

You will then have 14 days in which to take legal proceedings against the end user, in accordance with our policy. If you elect not to do so, after 14 days the end user may contact us and ask that we reinstate the content at issue. If we receive such request and the content otherwise complies with our User

1

Agreement and IP/Publicity Rights Policy, we may reinstate the content at that time.

Should you identify any further content on Redbubble that you allege is infringing the IP of RIGHTSHOLDER please don't hesitate to reply and provide the URLs. You can get them by copying the design's URL from your browser's address bar and submitting one will cover all product variants for each design. We appreciate your understanding in this matter. We will promptly remove any content that you identify in good faith as infringing your intellectual property and/or publicity rights.

Thank you for contacting Redbubble.

Regards,
Content Operations Team

This is an email from Redbubble.