# EXHIBIT H



June 17, 2021

Karim Abdulla
Finnerty Osterreicher & Abdulla
70 Niagara Street, Suite 411
Buffalo, New York 4202-3407

       RE: John H. Beale IP Issues

Dear Karim Abdulla,

Thank you for your recent correspondence, which was forwarded to the Redbubble legal team for a response. As an initial matter, we would like to stress that Redbubble understands and appreciates your desire to protect the rights of John H. Beale. It is Redbubble's policy and practice to respect the rights of others and to provide reasonable assistance to rights holders in this regard.

Redbubble is the host of an online marketplace consisting of third-party sellers who take sole responsibility for the images they upload to their profiles and for the printed products they sell to their customers. Various other independent third parties connect via the marketplace to transact, but much like eBay and the Amazon Marketplace, Redbubble itself does not create, own, sell, manufacture, print, promote, ship or distribute any of the images or products sold or offered for sale through our platform.  Third-party sellers are required under the Redbubble User Agreement to agree that they have the applicable rights to sell their products and are further required to explicitly affirm they possess such rights prior to uploading each image.  It is a violation of the Redbubble user agreement to use our site in a way that infringes on the intellectual property rights of others.

Regarding your request that Redbubble take a more proactive approach, we would like to inform you of the Redbubble proactive screening program. Under this program, Redbubble will monitor the marketplace for images uploaded by sellers and remove them without the need for you to send a takedown notice specifically identifying each one.  We instead perform these removals proactively, following your guidance of a general nature regarding the type of content that you believe in good faith violates the applicable rights.  Our experienced Content Operations team manually performs the proactive removals every business day (Pacific Time). Please note that proactive screening is not a perfect process, but it should significantly decrease the amount of products offered for sale on the marketplace that you would consider infringing.

Please let us know if this program interests you, and we can provide next steps.

We look forward to your response.

Sincerely,



Jimmy Toy
Asst. General Counsel, Redbubble Inc.